**Order filed February 8, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00014-CV**

_____

**TEXAS REIT, LLC, ALI CHOUDHRI, DALIO HOLDINGS I, LLC AND DALIO HOLDINGS II, LLC, Appellants**

**V.**

**MOKARAM-LATIF WEST LOOP, LTD., Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-27197-A**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 333rd District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On January 18, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within twenty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.